UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                23 Cr. 599 (JPO)

YANGIL PAULINO,                                         ORDER
                         Defendant.

J. PAUL OETKEN, District Judge:

On June 3, 2024, Defendant Yangil Paulino, who is proceeding *pro se*, filed a motion requesting termination of his period of supervised release pursuant to 18 U.S.C. § 358(e)(1). (ECF No. 3.)  The Government does not oppose Mr. Paulino's motion.

"The [C]ourt may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release."  18 U.S.C. § 358(e)(1).  Having reviewed Mr. Paulino's submission and considered the factors in § 358(e)(1), the Court concludes that it is appropriate to grant Mr. Paulino's unopposed motion.

Accordingly, Mr. Paulino's request for termination of his term of supervised release is GRANTED, and his supervised release is hereby terminated.

SO ORDERED.

Dated: July 17, 2024
       New York, New York

                                    _____
                                            J. PAUL OETKEN
                                       United States District Judge